PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*



FILED
DISTRICT COURT OF GUAM
AUG -7 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v. Jon
ROMANO ~~JOHN~~ SANTOS

CRIMINAL CASE NO. 01-00112-001

On October 24, 2003, Romano Jon Santos was placed on supervised release for a period of two years. On December 25, 2003, Mr. Santos was arrested by the Guam Police Department and charged with Attempted Murder, Possession and Use of a Deadly Weapon in the Commission of a Felony, Family Violence, Terrorizing, and Stalking. He has been detained since his arrest and is awaiting further proceedings in the Superior Court of Guam. Due to his arrest and detention, Mr. Santos has been unable to satisfy the conditions of his federal term of supervision, which terminated on October 23, 2005. On February 17, 2005, the U.S. District Court dismissed the Petition for Action relative to the arrest outlined above, and filed by the probation office. It appearing that Mr. Santos' term of supervision expired on October 23, 2005, and absent action from the Court ordering otherwise, I therefore recommend that Mr. Santos be discharged from supervised release and that proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by: _____
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist

RECEIVED
AUG - 2 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Karon V. Johnson, AUSA
    John T. Gorman, Defense Counsel
    File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of ~~July~~ August 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

ORIGINAL